IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MCR OIL TOOLS, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00560-O |
| DMG MORI USA, INC. et al., | § § | |
| Defendants. | § § § | |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Joint Report, Plaintiff MCR Oil Tools, LLC, through their undersigned counsel, make the following initial disclosures to the Defendants in the above-referenced lawsuit. These disclosures are based on information presently known and reasonably available to Plaintiff and which Plaintiff reasonably believes they may use in support of their claims and defenses. Continuing investigation and discovery may cause Plaintiff to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Plaintiff therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, Plaintiff does not represent that they are identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Plaintiff in any way waiving their right

to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Plaintiff regarding any matter.

1. **Individuals Likely to Have Discoverable Information**

Individuals likely to have discoverable information that Plaintiff may use to support its claims in the above-referenced lawsuit are identified in **Attachment A**, which by this reference is incorporated herein.

2. **Description of Documents**

The following enumerates documents, data compilations, and other tangible things in the possession, control or custody of Plaintiff that Plaintiff may use to support its claims:

   a. Machine Investment Contract;

   b. Purchase Order Addendum;

   c. Two (2) DMG Installation and Commissioning Protocols;

   d. Gildemeister Guides;

   e. DMG Moris Seiki University Binder;

   f. Correspondence with Esprit Cam;

   g. Correspondence with Gildemeister;

   h. Siemens Guide;

i. Invoices with DFW Movers and Erectors;

j. DMG Mori Magazines;

k. MTTS Invoices;

l. Correspondence with DMG Mori;

m. Correspondence with MTTS;

n. Apollo Machines Tool Invoices;

o. DMG Mori Statements of Work;

p. Photographs of machines;

q. Risk of Loss/Damage Transfer;

r. Two (2) Service Reports;

s. DMG Mori Online Marketing Materials;

t. DMG Mori Ellison Invoice;

u. DMG Mori Applications Work Reports;

v. DMG Mori Machine Quotation;

w. DMG Mori CTX Production Turning Machine Brochure;

x. Documents describing or evidencing the error messages on the machines;

y. Documents describing the purposes for and uses of the two CTX Beta 1250 A Machines;

z. Documents evidencing Defendants' abandonment and/or continued failed attempts to repair said machines described in Plaintiff's petition;

aa. Documents evidencing actions taken by Plaintiff to comply with the provided instructions from DMG's managers and engineers;

bb. Documents evidencing Defendant's fruitless efforts to resolve said issues;

### 3. Computation of Damages

Plaintiff seeks actual damages, lost profits, costs and attorney's fees. Plaintiff reserves the right to supplement this response as more information becomes available.

### 4. Insurance

None known to Plaintiff at this time. Plaintiff is continuing to investigate potential insurance coverage claims related to this lawsuit.

Dated: June 29, 2020.

Respectfully submitted,

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/275-8765 – Telephone
817/460-8060 – Facsimile

*/s/Marc A. Stach*
MARC A. STACH
State Bar No. 24000375
EserviceArl@harriscooklaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Plaintiff's Initial Disclosures were electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to the following attorneys of record.

    S. Jan Hueber
    hueber@litchfieldcavo.com
    Mahan Wright
    wrightm@litchfieldcavo.com
    Alan I. Becker (*Pro Hac Vice Forthcoming*)
    Illinois State Bar No. 0147524
    becker@litchfieldcavo.com
    LITCHFIELD CAVO LLP
    100 Throckmorton St., Ste. 500
    Fort Worth, Texas 76102
    Telephone: (817) 945-8025
    Facsimile: (817) 753-3232
    COUNSEL FOR DEFENDANT
    DMG MORI USA, INC.

    Scott A. Shanes
    sshanes@clarkhill.com
    CLARK HILL STRASBURGER
    2600 Dallas Parkway, Suite 600
    Frisco, Texas 75034
    (469) 287-3906 – Telephone
    (469) 227-6568 – Facsimile
    eservicearl@harriscooklaw.com
    *OF COUNSEL*

And

Roger H. Stetson
roger.stetson@bfkn.com
Caroline H. Sear
carrie.sear@bfkn.com
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLO
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100 – Telephone
COUNSEL FOR DEFENDANT
ELLISON TECHNOLOGIES, INC.

This 29th day of June, 2020.

                                         */s/Marc A. S*
                                         MARC A. STACH
                                         ATTORNEY FOR PLAINTIFF

## ATTACHMENT A

MCR Oil Tools, LLC
c/o Marc A Stach
Harris Cook, LLP
1309-A West Abram
Arlington, Texas 76013
817-275-8765 Telephone
817-460-8060 Facsimile
eservicearl@harriscooklaw.com
*Plaintiff. Party to Purchasing Agreement.*

Michael Ward
7327 Business Place
Arlington, Texas 76001
817-229-3910
*MCR Oil Tools, LLC Employee. Knowledge of Purchasing Agreement and Continued Failure of Machines, Employee reached out via email correspondence on numerous occasions regarding the continued failure of machines, and related matters that form the basis of the claims or defenses asserted in this suit.*

Steve Fenstermacher
7327 Business Place
Arlington, Texas 76001
817-701-5100
*MCR Oil Tools, LLC's CFO. Knowledge of Machines failures and related matters that form the basis of the claims or defenses asserted in this suit.*

David Gorrell
7327 Business Place
Arlington, Texas 76001
817-897-2504
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Jim Coleman
7327 Business Place
Arlington, Texas 76001
817-980-7990
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Nathan Barwick**
**7327 Business Place**
**Arlington, Texas 76001**
**682-227-7762**
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Colby Barksdale**
**7327 Business Place**
**Arlington, Texas 76001**
**817-774-6435**
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Richard Vincent**
**7327 Business Place**
**Arlington, Texas 76001**
**817-243-1754**
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Luis Aguilar**
**7327 Business Place**
**Arlington, Texas 76001**
**817-849-0961**
*MCR Oil Tools, LLC Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Jeremy Davis**
**c/o Apollo Machine Tool**
**727 109th Street**
**Arlington, Texas 76011**
**817-633-6373**
*MCR Oil Tools, LLC Contractor. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Danny Greer**
**c/o MTTS-Esprit Cad Cam**
**817-861-9748**
*MCR Oil Tools, LLC Contractor. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Chad C. Swandt**
P.O. Box 201080
Dallas, Texas 75320-1080
214-929-4471 or 972-812-5100 ext. 7117
*Ellison Technologies, Inc. Employee. Knowledge of Purchasing Agreement, actions taken by DMG Mori USA, Inc. and Ellison Technologies, Inc. during the course of the Agreement, and related matters that form the basis of the claims or defenses asserted in this suit.*

**Ellison Technologies, Inc.**
c/o Scott A. Shanes
Clark Hill Strasburger
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
469-287-3906-Telephone
469-227-6568-Facsimile
sshanes@clarkhill.com
Of Counsel
*Defendant. Party to Purchasing Agreement.*

**DMG Mori USA, Inc.**
c/o S. Jan Heuber
Litchfield Cavo LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
817-945-8025-Telephone
817-753-3232-Facsimile
hueber@litchfieldcavo.com
*Defendant. Party to Purchasing Agreement.*

**Gerald Owen**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
468-644-0027
*DMG Mori USA, Inc. Employee. Knowledge of Purchase Agreement, actions taken by Defendants' officers during the course of the Agreement, machine failures, and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Kyle Helmlinger**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
281-810-9197 or 224-339-4827
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Derek Wares**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**David Shotwell**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
281-810-9197 or 832-784-4342
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Frank Coulter**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Kevin Wyatt**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321 or 817-357-9275
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Mark Reeves**
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321 or 972-815-9145
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Tom Edwards
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321 or 972-815-9145
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Mark Page
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
972-929-8321 or 281-731-4512
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Bryan Carter
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
469-469-7080
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Jakob Petker
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
1 83 29 48 81 22
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Bruno Focello
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
224-542-8103
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

Darrel Vesper
2400 Huntington Blvd.
Hoffman Estates, Illinois 60192
*DMG Mori USA, Inc. Employee. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Volker Vogt**
**2400 Huntington Blvd.**
**Hoffman Estates, Illinois 60192**
*DMG Mori USA, Inc. Installation Engineer. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*

**Mark Bratton**
**2400 Huntington Blvd.**
**Hoffman Estates, Illinois 60192**
*DMG Mori USA, Inc. Technician. Knowledge of Machines failures and some of the factual circumstances that form the basis of the claims or defenses asserted in this suit.*