IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MCR OIL TOOLS, LLC, | § | CIVIL ACTION |
| Plaintiff, | § § § | |
| | § | NO: 4:20-CV-00560-O |
| VS. | § § | |
| | § | JUDGE: HONORABLE |
| | § | REED O'CONNOR |
| DMG MORI USA, INC., | § | |
| ELLISON TECHNOLOGIES, INC., | § | |
| AND MORI SEIKI U.S.A., INC., | § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff MCR Oil Tools, LLC and Defendants, DMG Mori USA, Inc. and Ellison Technologies, Inc. stipulate to the dismissal of the above-captioned litigation with prejudice, each party to bear its own fees, costs, and expenses.

Dated: June 23, 2021          Respectfully submitted,

By: /s/ Mahan Wright, with permission
**S. Jan Hueber**
State Bar No. 20331150
hueber@litchfieldcavo.com
**Mahan Wright**
State Bar No. 24096880
wrightm@litchfieldcavo.com
**Alan I. Becker** (*Pro Hac Vice*)
Illinois State Bar No. 0147524
becker@litchfieldcavo.com
**LITCHFIELD CAVO LLP**
100 Throckmorton St., Ste. 500
Fort Worth, Texas 76102
Telephone: (817) 945-8025
Facsimile: (817) 753-3232
**COUNSEL FOR DEFENDANT
DMG MORI USA, INC.**

By: /s/ Marc A. Stach
**Marc A. Stach**
State Bar No. 24000375
**Larry L. Fowler, Jr.**
State Bar No. 07321900
**David L. Cook**
State Bar No. 00798116
**Cynthia L. Hill**
State Bar No. 09623920
**HARRIS COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
(817) 275-8765 – Telephone
(817) 460-8060 – Facsimile
eservicearl@harriscooklaw.com
**COUNSEL FOR PLAINTIFF**

By: /s/ Roger H. Stetson
**Scott A. Shanes**
State Bar No. 00784953
SShanes@clarkhill.com
**CLARK HILL STRASBURGER**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
Telephone: (469) 287-3906
Facsimile: (469) 227-6568
*Of Counsel*

**Roger H. Stetson** (*Pro Hac Vice*)
roger.stetson@bfkn.com
**Caroline H. Sear** (*Pro Hac Vice*)
carrie.sear@bfkn.com
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
**ATTORNEYS FOR DEFENDANT COUNSEL TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I, Marc A. Stach, an attorney, hereby certify that on June 23, 2021, I caused a copy of the foregoing **Stipulation of Dismissal** to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitute service to all Filing Users.

_____
One of the Attorneys for Plaintiff